IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:23-MJ-0001-BH |
| MEGAN ELIZABETH SHEETZ (2) | |

## MOTION FOR DETENTION AND MOTION TO CONTINUE HEARING

The United States moves for pretrial detention of defendant, **MEGAN ELIZABETH SHEETZ,** pursuant to 18 U.S.C. §3142(e) and (f).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves:

    - 10 + year drug offense
    - Serious risk defendant will flee

2. Reason for Detention.   The Court should detain defendant because there are no conditions of release which will reasonably assure:

    - Defendant's appearance as required
    - Safety of any other person and the community

3. Rebuttable Presumption.   The United States will invoke the rebuttable presumption against defendant because:

    - Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

**Motion for Detention - Page 1**

    4.  <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

- After continuance of **2 days** (not more than 3).

DATED this 21st day of March 2023.

    Respectfully submitted,

    LEIGHA SIMONTON
    UNITED STATES ATTORNEY

    */s/ Phelesa M. Guy*
    PHELESA M. GUY
    Assistant United States Attorney
    Texas State Bar Number 00798230
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242
    Telephone: 214.659.8600
    Facsimile: 214.659-8809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on March 21, 2023.

    */s/ Phelesa M. Guy*
    PHELESA M. GUY
    Assistant United States Attorney